UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL DEVIN FLOYD, <br><br> Plaintiff, <br><br> v. <br><br> SAN JOSE POLICE DEPARTMENT, et al., <br><br> Defendants. | Case No. 22-cv-00751-WHO <br><br> **REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED, to the Honorable Charles R. Breyer for consideration of whether the case is related to 22-cv-00750-CRB *Floyd v. Santa Clara Department of Correction et al*.

**IT IS SO ORDERED.**

Dated: July 25, 2022



WILLIAM H. ORRICK
United States District Judge